UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>June White</u>

    v.                                         Civil No. 13-cv-171-JL

<u>John Does 1-21</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated May 6, 2013.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: May 17, 2013

cc:   June White, pro se